No. 03–958. DEERING PRECISION INSTRUMENTS, L. L. C. *v.* VECTOR DISTRIBUTION SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–961. YARCHESKI *v.* REINER ET AL. Sup. Ct. S. D. Certiorari denied.

No. 03–976. SULLIVAN ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–978. EDMONDSON *v.* SHEARER LUMBER PRODUCTS. Sup. Ct. Idaho. Certiorari denied.

No. 03–979. CROSBY *v.* NEW YORK STATE DEPARTMENT OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 03–980. MCKEE *v.* UNITED STATES; and
No. 03–981. MCKEE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 339 F. 3d 1295.

No. 03–987. KIDNEIGH ET UX. *v.* UNUM LIFE INSURANCE COMPANY OF AMERICA. C. A. 10th Cir. Certiorari denied.

No. 03–989. GILL ET UX. *v.* GUARDIANSHIP OF GILL. App. Ct. Mass. Certiorari denied.

No. 03–990. FAULK ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–993. FOLLUM *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–996. HAGGAR CLOTHING CO. *v.* PALASOTA. C. A. 5th Cir. Certiorari denied.

No. 03–998. WALSH *v.* NORTON, SECRETARY OF THE INTERIOR. C. A. 11th Cir. Certiorari denied.

No. 03–1000. BERAS, AKA SILVESTRE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.